USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/18/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSE WARD,

                    Plaintiff,

        -against-

MUSICLIFE ENTERTAINMENT
GROUP, LLC,
GENTLES CERATIVE GROUP, INC.,

                    Defendants.

1:18-cv-08457-MKV

ORDER OF
DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        After commencing this action on September 17, 2018 [ECF #1], Plaintiff filed an

amended complaint on December 5, 2018 [ECF #12 ("Amended Complaint")].  Plaintiff served

Defendant Gentles Creative Group, Inc. with a summons and a copy of the Amended Complaint

on December 14, 2018 [*see* ECF #17, 26].  Plaintiff also served Defendant MusicLife

Entertainment Group, LLC with a summons and a copy of the Amended Complaint on January

7, 2019 [*see* ECF #18, 26].  Defendants never appeared or responded.  And, on February 21,

2019, the Clerk of Court entered a certificate of default against both Defendants [ECF #26].  But

more than a year has elapsed since the Certificate of Default was issued, and Plaintiff has not

moved for a default judgment, nor made any other effort to prosecute this case and obtain relief.

Accordingly, it is hereby:

        ORDERED that the above-captioned action is discontinued for failure to prosecute

without costs to any party and without prejudice to restoring the action to this Court's calendar if

the application to restore the action is made by **April 18, 2020**.  If no such application is made by

that date, today's dismissal of the action is with prejudice.  *See LeSane v. Hall's Sec. Analyst,*

*Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

**Date: March 18, 2020**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**