# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

September 22, 2020

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Ward v. MusicLife Entertainment Group, LLC et. al.,* 1:18-cv-08457 (MKV)

Dear Judge Vyskocil:

We represent Plaintiff Jesse Ward ("Plaintiff") in the above-captioned case. We write in furtherance of the Court's hearing today on Plaintiff's motion for default judgment.

We are able to confirm, through our law firm's internal records, that on March 14, 2018, the photograph of Foxy Brown at issue (the "Photograph") was uploaded to the Copyright Office ("USCO")'s website as part of the application for copyright registration no. VA 2-093-774 (the "774 Registration").

Attached as Exhibit A is a true and correct copy of a screenshot from our law firm's Google Drive showing that the Photograph, bearing content title "08.11.10, Foxy Brown, Ward.jpg", was one of the nine photographs deposited with the USCO as part of the 774 Registration.

Respectfully Submitted,

**/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff Jesse Ward*

