# EXHIBIT A

Drive
Search in Drive
G Suite
D
New
Priority
My Drive
Shared drives
Shared with me
Recent
Starred
Trash
Storage
30.1 GB used
8. Every Othe...
3.3.10 - 10.14.10 1-6383054101 9 photos Reg. on 3.1...
8 AUGUST
Files
Name
08.11.10, Hakim Scott, Ward.jpg
08.11.10, Keith Phoenix, Ward.jpg
Ward_Foxy Brown; 8.11.10.jpg
